**No. 09-8802. Daniel L. Spuck, Petitioner v. Catherine C. McVey, Chairwoman, Pennsylvania Board of Probation and Parole, et al.**

561 U.S. 1004, 130 S. Ct. 3492, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5031.

June 21, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-9332. Louis Robenson, Petitioner v. Stephen Haszinger.**

561 U.S. 1004, 130 S. Ct. 3493, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5020.

June 21, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-10505. Nina Shahin, Petitioner v. Delaware Department of Finance.**

561 U.S. 1004, 130 S. Ct. 3493, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5062.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-329. Chase Bank USA, N.A., Petitioner v. James A. McCoy, Individually and on Behalf of All Others Similarly Situated.**

561 U.S. 1005, 130 S. Ct. 3451, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5136.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 559 F.3d 963.

**No. 09-529. Virginia Office for Protection and Advocacy, Petitioner v. James S. Reinhard, Commissioner, Virginia Department of Behavioral Health and Developmental Services, et al.**

561 U.S. 1005, 130 S. Ct. 3493, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5088.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 568 F.3d 110.

**No. 09-996. James Walker, Warden, et al., Petitioners v. Charles W. Martin.**

561 U.S. 1005, 130 S. Ct. 3464, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5165.

June 21, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 357 Fed. Appx. 793.